IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 05-0210 JSW |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING |
| MICHAEL SPECK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION**

The parties agree to continue the sentencing in the above-captioned matter from November 3, 2005 until January 19, 2006 at 2:30 p.m. The continuance requested is necessary to complete the presentence report. Delays have occurred due to defense counsel schedule conflicts and due to required absences by the author of the report.

**IT IS SO STIPULATED.**


DATED: October 31, 2005      _____/S/_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for Michael Speck


DATED: October 31, 2005      _____/S/_____
TRACIE BROWN
Assistant United States Attorney

STIPULATION & ORDER CONTINUING HEARING
*United States v. Michael Speck*
CR 05-0210 JSW

- 1 -

1
2
3
**ORDER**

The sentencing in this matter is continued until January 19, 2006 at 2:30 p.m.

4
IT IS SO ORDERED.
5
6
DATED: October 31, 2005
7
_____
JEFFREY S. WHITE
8
UNITED STATES DISTRICT COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION & ORDER CONTINUING SENTENCING
*United States v. Michael Speck*
CR 05-0210 JSW               - 2 -