UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

UNITED STATES OF AMERICA )
)
)
vs. ) Docket Number: CR 05 00210-01 JSW
)
MICHAEL DAVID SPECK )
)
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the 19th day of January, 2006, be continued until the 30th day of March, 2006 at 2:30 p.m.

Date: JAN 1 8 2006

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE

kjg