IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>MICHAEL SPECK,<br>    Defendant. | No. CR 05-0210 JSW<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING |

**STIPULATION**

The parties agree to continue the sentencing in the above-captioned matter from March 30, 2006 until May 11, 2006 at 2:30 p.m. The continuance requested is necessary because defense counsel is require to take annual leave during the time previously set for sentencing. Assistant United States Attorney Tracie Brown and Probation Office K.J. Gibson have been contacted and have no objection to continuing the hearing in this matter

**IT IS SO STIPULATED.**

DATED:   February 22, 2006    _____/S/_____
                   RONALD TYLER
                   Assistant Federal Public Defender
                   Counsel for Michael Speck

DATED:   February 22, 2006    _____/S/_____
                   TRACIE BROWN
                   Assistant United States Attorney

STIPULATION & ORDER CONTINUING HEARING
*United States v. Michael Speck*
CR 05-0210 JSW

1 **ORDER**

2 The sentencing in this matter is continued until May 11, 2006 at 2:30 p.m.

3 IT IS SO ORDERED.

4

5 DATED: February 27, 2006

6 _____
JEFFREY S. WHITE
7 UNITED STATES DISTRICT COURT JUDGE

STIPULATION & ORDER CONTINUING SENTENCING
*United States v. Michael Speck*
CR 05-0210 JSW                - 2 -